# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

TODD K. NORWOOD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1644

_____

November 21, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Todd K. Norwood, pro se.

PER CURIAM.

Affirmed.

KELLY, VILLANTI, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.